

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

## No. 06-09-00073-CV

_____

### IN THE MATTER OF THE MARRIAGE OF
### JUDITH M. BALLOU AND BRUCE A. BALLOU

On Appeal from the 102nd Judicial District Court
Bowie County, Texas
Trial Court No. 09D0390-102

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Chief Justice Morriss

MEMORANDUM OPINION

Bruce A. Ballou, appellant, filed his notice of appeal June 22, 2009.

Ballou has neither filed a docketing statement with this Court, *see* TEX. R. APP. P. 32, nor paid a filing fee or made any claim of indigency. *See* TEX. R. APP. P. App. A, (B)(1); 20.1. There is no information to indicate Ballou has made efforts to have either the clerk's record or reporter's record filed with this Court. On September 8, 2009, we contacted Ballou by letter, giving him an opportunity to cure the various defects, and warning him that, if we did not receive an adequate response within ten days, this appeal would be subject to dismissal for want of prosecution. *See* TEX. R. APP. P. 42.3(b), (c).

We have received no communication from Ballou. Pursuant to Rule 42.3(b) and (c) of the Texas Rules of Appellate Procedure, we dismiss this appeal for want of prosecution. TEX. R. APP. P. 42.3(b), (c).

Josh R. Morriss, III
Chief Justice

Date Submitted: October 5, 2009
Date Decided: October 6, 2009

2